**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION FOR ACCESS TO VIDEO EXHIBITS | Case No: 21-mc-89-TSC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I caused true and correct copies of the Press Coalition's Application for Access to Video Exhibits (Dkt. 1) to be served via electronic mail and U.S. Mail on the following:

> Eugene Ohm
> 625 Indiana Avenue, NW
> Suite 550
> Washington, DC 20004
> (202) 208-7500
> Fax: (202) 208-7515
> Email: eugene_ohm@fd.org
>
> Elizabeth Ann Mullin
> 1650 King Street
> Suite 500
> Alexandria, VA 22314
> 703-600-0879
> Fax: 703-600-0880
> Email: elizabeth_mullin@fd.org
>
> *Counsel for Defendant Michael Joseph Foy*
>
> Emory Vaughan Cole
> 555 Fourth Street, NW
> Washington, DC 20530
> (202) 252-7692
> Fax: (202) 616-2296
> Email: Emory.Cole@usdoj.gov
>
> *Counsel for the United States of America*

| | |
|---|---|
| Dated:  June 15, 2021 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>/s/ *Charles D. Tobin*<br>Charles D. Tobin (#455593)<br>Maxwell S. Mishkin (#1031356)<br>Lauren Russell (#1697195)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2200<br>Fax: (202) 661-2299<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>russelll@ballarspahr.com<br><br>*Counsel for the Press Coalition* |